UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  DELANEY, CHARLES E<br>DELANEY, SHANNON D<br> Debtor(s) | CASE NO. 09-23368 JPK |

### NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:         July 6, 2011          By: /s/ Stacia L. Yoon
                                     STACIA L. YOON, TRUSTEE #16933-53
                                     Genetos Retson Yoon & Molina LLP
                                     8585 Broadway, Suite 480
                                     Merrillville, IN 46410
                                     Telephone: (219) 755-0401
                                     bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Daniel W. Matern, dwm@legalhelpers.com
Regular Mail:
DELANEY, CHARLES E, 7105 PARRISH AVE, HAMMOND, IN 46323
DELANEY, SHANNON D, 7105 PARRISH AVE, HAMMOND, IN 46323
Asset Acceptance LLC/Assignee/SBC, P.O. Box 2036 Warren, MI 48090
Patients 1st ER Medical Consultants PC, % Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322
Munster Radiology Group, % Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322
Hammond Clinnic, % Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322
Ann Arbor Credit Bureau, P.O. Box 7820, Ann Arbor, MI 48107
American Infosource Lp as Agent for T Mobile/T-Mobile USA Inc., P.O. Box 248848, Oklahoma City, OK 73124-8848
American Infosource Lp as Agent for Rjm Acquisitions, P.O. Box 248838, Oklahoma City, OK 73124-8838

| Printed: 06/30/11 02:40 PM | | | | **Claims Distribution Small Checks** | | | | Page: 1 |

**Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)**

Case: 09-23368 - DELANEY, CHARLES E

| Account No. | Check No. Claim No. | Issued Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 9200903745566 | 126 | 06/30/11 | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $16.86 |
| | 1 | 11/15/10 | 610 | Asset Acceptance LLC / Assignee / SBC<br>PO Box 2036<br>Warren, MI 48090 | 136.24 | 136.24 | 1.80 | 1.80 |
| | 10 -2 | 12/01/10 | 610 | Patients 1st ER Medical Consultants PC<br>c/o Komyatte & Casbon, P.C.<br>9650 Gordon Drive<br>Highland, IN 46322 | 300.00 | 300.00 | 3.93 | 3.93 |
| | 16 -2 | 02/08/11 | 610 | Munster Radiology Group<br>c/o Komyatte & Casbon, P.C.<br>9650 Gordon Drive<br>Highland, IN 46322 | 283.50 | 283.50 | 3.72 | 3.72 |
| | 19 | 02/08/11 | 610 | Hammond Clinic<br>c/o Komyatte & Casbon, P.C.<br>9650 Gordon Drive<br>Highland, IN 46322 | 69.73 | 69.73 | 0.91 | 0.91 |
| | 23 | 12/22/10 | 610 | Ann Arbor Credit Bureau<br>PO Box 7820<br>Ann Arbor, MI 48107 | 265.00 | 265.00 | 3.47 | 3.47 |
| | 24 | 01/13/11 | 610 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 130.56 | 130.56 | 1.71 | 1.71 |
| | 25 | 01/13/11 | 610 | American Infosource Lp As Agent for<br>Rjm Acquisitions<br>PO BOX 248838<br>Oklahoma City, OK 73124-8838 | 100.83 | 100.83 | 1.32 | 1.32 |

(*) Denotes objection to Amount Filed