UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  DELANEY, CHARLES E<br>DELANEY, SHANNON D<br>  Debtor(s) | CASE NO. 09-23368 JPK |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**
**TO UNITED STATES BANKRUPTCY COURT**
**CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE:  J.  Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

   Northern Indiana Public Service Company        $18.12

3. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:        October 10, 2011         By: /s/ Stacia L. Yoon
                                       STACIA L. YOON, TRUSTEE #16933-53
                                       Genetos Retson & Yoon LLP
                                       8585 Broadway, Suite 480
                                       Merrillville, IN 46410
                                       Telephone: (219) 755-0401
                                       bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Northern Indiana Public Service Company, Attn: Revenue Recovery, 801 East 86th Avenue, Merrillville, IN 46410

1